76 F.3d 372
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Robert L. DAVIS, Plaintiff-Appellant,
v.
Richard TOWNSEND, Robeson County District Attorney, in his
official and individual capacities; Stan Todd, Assistant
Robeson County District Attorney, in his official and
individual capacities; Arnold Locklear, Attorney of Robeson
County School Board of Education, in his official and
individual capacities; Earlena Lowry, Robeson County Board
of Education Personnel Director, in her official capacity
only; Mark Bradley, Sergeant, Lumberton Police Department,
in his official and individual capacities; Don Ward, Police
Officer, Lumberton Police Department, in his official and
individual capacities; Craig Jacobs, Police Officer,
Lumberton Police Department, in his official and individual
capacities; Leon Oxendine, Lieutenant, Lumberton Police
Department, in his official and individual capacities;
Harry Dolan, Lumberton Police Department, in his official
and individual capacities; Rebecca Smith, Probation
Officer, North Carolina Department of Correction, in her
official capacity only, Defendants-Appellees,
and
James G. Exum, Jr., North Carolina Chief Justice, in his
official and individual capacities; Gerald Arnold, North
Carolina Chief Judge, in his official and individual
capacities; Sidney S. Eagles, Jr., North Carolina Court of
Appeals and Chairman of North Carolina Standards Commission,
in his official and individual capacities; Russell Walker,
Jr., North Carolina Superior Court Judge, in his official
and individual capacities; Henry V. Barnette, Jr., North
Carolina Superior Court Judge, in his official and
individual capacities; Dexter Brooks, North Carolina
Superior Court Judge, in his official and individual
capacities; Richard Allsbrook, North Carolina Superior
Court Judge, in his official and individual capacities, Defendants.
 No. 95-2833.
 United States Court of Appeals, Fourth Circuit.
 Submitted Jan. 18, 1996.
Decided Jan. 31, 1996.
 
 Robert L. Davis, Appellant Pro Se.
 Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. He has moved to dismiss Defendants Exum, Arnold, Eagles, Walker, Barnette, Brodes, and Allsbrook. We grant this motion to dismiss. As to the remaining Defendants, we have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm as to these Defendants on the reasoning of the district court. Davis v. Exum, No. CA-95-137-7-BR3 (E.D.N.C. Oct. 4, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED IN PART, DISMISSED IN PART